IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

William Howard Rutland III,          )
                                     )
            Plaintiff,               )
                                     )        Civil Action No. 8:09-274-SB
v.                                   )
                                     )
Dorchester County Detention Center;  )        **ORDER**
L.C. Knight, Sheriff Dorchester Co.; )
Terry Van Doran, Captain D.C.S.D.;   )
Southern Health Partners;            )
Dr. Wimberly, Sr., Physician, DCDC,  )
                                     )
            Defendants.              )
_____)

This matter is before the Court upon the Plaintiff's *pro se* complaint, filed pursuant to 42 U.S.C. § 1983. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.

On May 19, 2009, Magistrate Judge Bruce Howe Hendricks issued a report and recommendation ("R&R") analyzing the Plaintiff's complaint and recommending that the Court dismiss the Defendant Dorchester County Detention Center with prejudice because it is not a "person" subject to liability under § 1983. Attached to the R&R was a notice advising the Plaintiff of his right to file specific, written objections to the R&R within ten days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a <u>de novo</u> or any other standard, a Magistrate Judge's factual or legal conclusions. <u>Thomas v. Arn</u>, 474 U.S. 140, 150 (1985); <u>Wells v. Shriner's Hosp.</u>, 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, the Court need not conduct a <u>de novo</u> review of any portion of the R&R.

Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order of this

Court, and it is

**ORDERED** that the Defendant Dorchester County Detention Center is dismissed

with prejudice.

**AND IT IS SO ORDERED**.

The Honorable Sol Blatt, Jr.
Senior United States District Judge

June **16**, 2009
Charleston, South Carolina

