IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC. CLERK, CHARLESTON, SC

2009 OCT 14 A 9:11

| | |
|---|---|
| William Howard Rutland, III, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 8:09-274-SB |
| Sheriff L. C. Knight; Cpt. Terry Van Doran; Southern Health Partners; and Dr. Wimberly, Sr., | ) **ORDER** |
| Defendants. | ) |

This matter is before the Court upon the Plaintiff's pro se complaint, filed pursuant to 42 U.S.C. § 1983. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.

On September 2, 2009, United States Magistrate Judge Bruce Howe Hendricks issued a report and recommendation ("R&R") analyzing the Plaintiff's complaint and recommending that the Court grant the Defendants' motions for summary judgment (Entries 26 and 40) and deny the Plaintiff's motions to dismiss (Entries 33 and 45). Attached to the R&R was a notice advising the Plaintiff of his right to file specific, written objections to the R&R within ten days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written

objections, the Court need not conduct a de novo review of any portion of the R&R. Accordingly, the Court hereby adopts the Magistrate Judge's R&R (Entry 48) as the Order of this Court, and it is

**ORDERED** that Defendants Southern Health Partners and Dr. Wimberly's motion for summary judgment (Entry 26) is granted; Defendants Knight and Van Doran's motion for summary judgment (Entry 40) is granted; Plaintiff's motions to dismiss (Entries 33 and 45) are denied; and the Plaintiff's complaint is dismissed with prejudice.

**AND IT IS SO ORDERED.**

The Honorable Sol Blatt, Jr.
Senior United States District Judge

October 13, 2009
Charleston, South Carolina